**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 14, 2019

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Alexander Mayer, 19-CR-164 (BMC) (SKB)

Your Honor:

I represent Mr. Mayer, who pled guilty to receipt and possession of child pornography and is awaiting sentencing before Judge Cogan now scheduled for October 24, 2019.

On behalf of Mr. Mayer, I respectfully request that I be relieved as counsel and that new counsel from the CJA panel be appointed. Mr. Mayer is unhappy with my representation of him and believes he would be better served by new counsel. I have met with him in attempt to address his concerns about my representation. Without divulging any specific communications, I can state that his concerns appear to be genuine, long-standing, and rational, and that he does not appear to be making this request rashly.

Accordingly, I believe he would be best served by new counsel and join his request that I be relieved.

Respectfully Submitted,

/s/
Michael D. Weil
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

cc: AUSA Gillian Kassner